In the Matter of the Claim of DAVID GREENBERG, Respondent, against JACOB H. SOLOMONICK, Doing Business as MELROSE DECORATORS, et al., Appellants, and CENTRAL ISLIP STATE HOSPITAL, by FREDERICK MacCURDY, as Commissioner of the Department of Mental Hygiene, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 12, 1949; decided March 3, 1949.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.